DOA: 9.20.24

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Isabel Stephanie PESQUEIRA,<br><br>　　　　　Defendant. | Case No.　24MJ8837-LR<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

　　The undersigned complainant being duly sworn states:

　　On or about September 20, 2024, within the Southern District of California, defendant Isabel Stephanie PESQUEIRA with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens Sara ORTIZ-Esteban and Paula PAREDES-Victoria had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of September 2024.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Isabel Stephanie PESQUEIRA,

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent Erick Flores, declare under penalty of perjury, the following is true and correct:

This complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) L. Olivares that on September 20, 2024, Isabel Stephanie PESQUEIRA a United States Citizen, was arrested near Coachella, California while smuggling two non-citizens in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii).

On September 20, 2024, El Centro Sector Intelligence Unit (ELC/SIU) assigned to the Indio Station Anti-Smuggling Unit (ASU) were conducting Highway Interdiction Operations within the El Centro Border Patrol Sector's area of responsibility on Highway 86, near Coachella, California. ELC/ASU agents were dressed in plain clothes and operating in a marked, Border Patrol vehicle, equipped with emergency lights and sirens. ELC/ASU investigates alien smuggling, narcotics smuggling and all other illicit cross-border activity in southern California's Riverside County and Imperial Valley and the surrounding areas.

At approximately 3:15 p.m., Border Patrol Agent (BPA) T. Weinberg, notified agents of a silver Dodge Magnum bearing California license plates circumventing the fully operational Highway 111 Border Patrol Checkpoint. BPA Weinberg noticed the

vehicle circumventing the checkpoint and was able to identify the vehicle from a sensor image. The vehicle travelled on Frink Rd. which is located just south of the Highway 111 Checkpoint and serves as a circumvention route for those attempting to avoid inspection at the checkpoint.  Those avoiding inspection travel onto Frink Rd. continuing onto Spa Rd. or the Coachella Canal Rd. and then to Hot Mineral Spa Rd. until again reaching Highway 111 to continue north of the checkpoint. Frink Rd. has become a popular route utilized by alien smugglers with several apprehensions in the last few weeks.

     BPA Olivares and BPA Pedroza were parked on Highway 86, observing traffic northbound near Airport Blvd.  At approximately 3:45 p.m. BPAs noticed the silver Dodge Magnum bearing California license plates pass their location.  As the vehicle passed their location the rear brake light illuminated, a sign that the driver had observed the presence of the fully marked Border Patrol vehicle. Due to their training and experience, it's a common factor for individuals involved in illicit activities to lower their speed when in the presence of law enforcement.

     BPA Olivares and BPA Pedroza began to follow the vehicle to get a closer look at the vehicle and the occupants.  As the BPAs began to follow the vehicle, they observed it slow down under the speed limit and switching lanes, this is a common tactic done in hopes of being passed by law enforcement.

     As BPAs pulled next to the vehicle, they observed three females in the vehicle. The driver had both hands on the steering wheel looking straight forward avoiding eye contact with the BPAs. As BPAs continued to follow the vehicle the driver quickly made

4

a right turn onto Ave 52 running a red light, then a quick left turn onto Polk Rd. The driver's behavior was unusual and perceived as suspicious. BPAs have seen individuals display this type of behavior in the past, putting the general public at risk and unsafe.

BPAs ran records checks through the El Centro Sector radio. Record checks revealed that the vehicle was registered to Luis OUIROGA-BUENROSTRO out of Chula Vista, California. With the compilation of observations, the BPAs decided to perform a vehicle stop to further investigate. BPA Olivares and BPA Pedroza advised El Centro Sector Radio of the vehicle stop on Polk Rd. just north of Ave 52 in Coachella, CA.

Once the vehicle yielded, BPA Olivares approached the driver side of the vehicle and identified himself as a BPA to the driver, later identified as Isabel Stephanie PESQUEIRA (PESQUEIRA), and questioned her as to her citizenship. PESQUEIRA stated she was a United States Citizen. BPA Olivares asked PESQUEIRA if she could lower the back window in order to speak to the rear passenger and she complied. BPA Olivares identified himself as a BPA to the front passenger and the rear passenger and questioned them as to their citizenship. The front passenger, later identified as Sara ORTIZ-Esteban (ORTIZ), stated she was a citizen of Mexico. The rear passenger later identified as Paula PAREDES-Victoria (PAREDES) stated she was also a citizen of Mexico. BPA Olivares asked ORTIZ and PAREDES individually if they had any immigration documents that would allow them to be legally present in the United States to which they both stated no. At that point, BPA Olivares asked PESQUEIRA to exit the vehicle and placed her under arrest for alien smuggling.

5

Post-Miranda statement of PESQUEIRA stated she was on her way from Chula Vista, California to Los Angeles, California to a cannabis dispensary when she saw two females on the side of the road. PESQUEIRA stated she was worried and decided to give them a ride and didn't ask them any questions other than where they were going. PESQUEIRA stated the two females were heading up north. PESQUEIRA stated she was on Highway 111 because she was headed to Moreno Valley, California to a cannabis dispensary and her phone rerouted her. PESQUEIRA stated that vehicle she was driving belonged to her cousin as well as the cellphone. PESQUEIRA was informed that she would be spending more money on gas driving to Los Angeles, than the savings in taxes by not purchasing in a dispensary in San Diego where she lives. PESQUEIRA's demeanor changed and started to become evasive with her answers. PESQUEIRA was asked about veering off route, she stated that she takes the wrong turn all the time.

Post Miranda statement of Material Witness PAREDES stated that she was born in Puebla, Mexico. PAREDES stated she is a citizen and national of Mexico and has no documents allowing her to enter or remain in the United States. PAREDES stated her intended destination was Los Angeles, California.  PAREDES stated she waited for three hours before they boarded a gray vehicle driven by an adult female. PAREDES stated she sat in the back passenger seat. PAREDES stated the driver instructed them to put on their seat belts. PARADES stated that prior to being pulled over, the female driver was on the phone with an unknown individual who was providing her with directions to elude law

enforcement who was right behind her. PAREDES was presented with the six-pack photo line-up and identified the driver of the grey Dodge Magnum.

Post Miranda statement of Material Witness ORTIZ stated she was born in Puebla, Mexico. ORTIZ stated that she does not have any documents allowing her to be in the United States. ORTIZ stated she made arrangements in Tijuana, Mexico and stated she was to pay her smuggling fees upon arriving to her destination in Santa Barbara, California. ORTIZ stated a young male dropped them off at a house, unknown location, where they were picked up by a different grey vehicle driven by a female. ORTIZ stated she sat in the front passenger seat. ORTIZ stated the driver did not speak to them. ORTIZ was presented with the six-pack photo line-up and did not identify the driver of the grey Dodge Magnum.

The complainant states the name of the Material Witness is as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Sara ORTIZ-Esteban | Mexico |
| Paula PAREDES-Victoria | Mexico |

Further, complainant states that the Material Witnesses are citizens of countries other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena;

7

and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on September 21, 2024, at 1:38 a.m.

*Erick Flores*
ERICK FLORES
BORDER PATROL AGENT

On the basis of the facts presented in the Probable Cause Statement consisting of 6 pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on September 20, 2024, in violation of Title 8, United States Code 1324.

HON. MICHAEL S. BERG
U. S. MAGISTRATE JUDGE

8:07 AM, Sep 21, 2024
Date/Time

8